UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| DENNIS OBADO,<br><br>                              Plaintiff,<br>    -against-<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>                              Defendant. | Case Number: 3:10-cv-02324-JAP-DEA<br><br>**CIVIL ACTION**<br><br>**NOTICE OF DISMISSAL** |

     IT IS HEREBY AGREED by the undersigned counsel for the plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that the above captioned action is hereby dismissed with prejudice by the plaintiff, without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned with respect to the named plaintiff.

                              **LAW OFFICES OF MICHAEL LUPOLOVER, P.C.**

                              s/ *Shaun Ertischek*
                              Shaun Ertischek, Esq.
                              Attorneys for Plaintiff
                              180 Sylvan Avenue, 2nd Floor
                              (201) 461-0059 phone
                              (201) 608-7116 fax
                              sertischek@lupoloverlaw.com

Dated:  July 29, 2010